IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-134-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ERIC LAMONT SMITH | ) | |
| Defendant. | ) | |

This matter is before the court on the Notice of Appearance filed by Lynne Louise Reid, Esquire, on October 22, 2014. James Braxton Craven, III, has previously been appointed in this matter and represents defendant. An attorney may not file a Notice of Appearance in a matter in which the defendant is represented by court-appointed counsel without approval of the court. Therefore, the Notice is improper, and the Clerk is directed to Strike the Notice of Appearance from the docket.

This 29th day of October 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26