UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



UNITED STATES OF AMERICA

vs.                                    Case No: 4:12-CR-134-1H

ERIC LAMONT SMITH                      ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on November 3, 2014 be turned over to Special Agent Brad Wojtylak, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 6 and 8 | Envelopes containing marijuana |
| 10 and 12 | Envelope containing marijuana |

This 3rd day of November, 2014.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____