UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILED IN OPEN COURT
ON 11/4/14
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

Case No: 4:12-CR-134-1H

ERIC LAMONT SMITH

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on November 4, 2014 be turned over to Special Agent Brad Wojtylak, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 28 | Taser |
| 84 | Plastic bag with spoon |
| 70 | Rifle |
| 85 | Plastic bag with hand rolled cigarettes |
| 83 | Plastic bag with marijuana |
| 82 | Plastic bag with cocaine base (crack) |
| 77 | Keys |
| 78 | Scale |
| 73 | .380 pistol and magazine |
| 71 | .38 caliber revolver with rubber bands |
| 66 | Pill bottle and pills |

This 4th day of November, 2014.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____