IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-134

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC LAMONT SMITH, ) | |
| ) | |
| Defendant. ) | |

The court is in receipt of Defendant's Motion to Obtain Transcripts, [D.E. #124]. Defendant seeks a copy of his trial transcript at government expense. The court also received a letter from Defendant's Attorney James Craven, indicating he had provided defendant with this particular transcript previously. Because defendant already received the transcript, the Motion is DENIED.

This 11th day of May 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35