IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-134-H
No. 4:17-CV-182-H

| | |
|---|---|
| ERIC LAMONT SMITH,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | **ORDER** |

This matter is before the court on petitioner's motion requesting copies of grand jury transcripts and the unredacted version of other documents of record. Defendant has not shown a particularized need for any of the requested documents. Therefore, the motion [DE #166] is DENIED.

This 12th day of April 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26